IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CASE NO. 24mc415

In re:

The Application of Carlos Braun for an
Order to Take Discovery Pursuant to
28 U.S.C. § 1782

_____/

**(PROPOSED) ORDER GRANTING EX PARTE APPLICATION
FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

THIS CAUSE came before the Court on September 6, 2024, on an *Ex Parte* Application For Discovery Pursuant to 28 U.S.C. § 1782 (the "Application") by Applicant Carlos Braun (the "Applicant"). Having reviewed the Application, its supporting Memorandum of Law, and the Declaration of Guillermo Felix Blanco filed contemporaneously, and no party in the Foreign Proceeding having objected to the proposed subpoenas, the Court is satisfied that the requested discovery is warranted under 28 U.S.C. § 1782 and the Application is GRANTED.

Accordingly, it is hereby ORDERED and ADJUDGED that:

1. Monica Amador Esq., counsel for the Applicant, is authorized to issue and serve subpoenas upon:

    a) J.P. Morgan Chase Bank, N.A., New York Community Bank, Citigroup Inc., HSBC Bank USA, N.A., Bank of New York Mellon, Santander Bank, N.A., UBS AG, Bank Julius Baer & Co., Ltd., Bank of America and Wells Fargo Bank: related to any accounts under the name of Marina Victoria Saint ("Saint") or Saint's trusts, and upon any other financial institution within the jurisdiction of this Court into which funds were transferred from those accounts, and documents related to those accounts and transfers (collectively, the "Saint Accounts").

    b) Vistra USA, LLC: related to any trusts related to Saint from December 2019 through the present (the "Saint Trust").

      c)      Fox Horan & Camerini LLP: related to financial information about the Saint Accounts or the Saint Trust, from December 2019 through the present.

      d)      Ezquiel A. Camerini, Esq.: related to financial information about the Saint Accounts and any activity related to the Saint Trust, from December 2019 through the present.

2. A copy of this Order shall be served with each discovery demand; and

3. The Court shall retain jurisdiction over this matter for the purpose of enforcing this Order, as appropriate and assessing any supplemental request for discovery assistance by the Applicant.

**DONE and ORDERED** in chambers New York, this  8  day of  November , 2024.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 7 and 16.  The Clerk of Court is further respectfully directed to close the case.

                                  **LORNA G. SCHOFIELD**
                                  **UNITED STATES DISTRICT JUDGE**